IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**MARTIN FOX,**

        Defendant.

**Criminal No.** 19-CR-10081-IT

## ASSENTED TO MOTION FOR A RULE 11 HEARING

The United States of America, by and through its undersigned counsel, together with Defendant Martin Fox, by and through Michael Pineault, Esq., counsel for Defendant Fox, file Defendant's executed plea and cooperation agreements, attached to this motion as exhibits. The parties further request a Rule 11 hearing at the convenience of the Court.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   *Eric S. Rosen*
        ERIC S. ROSEN
        Assistant U.S. Attorney

        Date: October 21, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that the parties have met and conferred about this motion for a Rule 11 hearing, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated: October 21, 2019                 By:    */s/ Eric S. Rosen*
                                                                        ERIC S. ROSEN
                                                                        Assistant United States Attorney