UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>(7)  MARTIN FOX,<br><br>    Defendant. | No.: 1:19-cr-10081-IT |

### NOTICE OF CHANGE OF FIRM

The undersigned counsel of record for Martin Fox gives notice of his new firm and contact information:

>Michael J. Pineault
>Anderson & Kreiger LLP
>50 Milk Street, 21st Floor
>Boston, Massachusetts 02109
>Tel.: 617-621-6578
>mpineault@andersonkreiger.com

>Respectfully submitted,
>
>*/s/ Michael J. Pineault*
>Michael J. Pineault (BBO #555314)
>Anderson & Kreiger LLP
>50 Milk Street, 21st Floor
>Boston, Massachusetts 02109
>Tel.: 617-621-6578
>mpineault@andersonkreiger.com

Dated:  July 7, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2020, I electronically filed the foregoing using the CM/ECF system, which will send electronic mail notification to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Michael J. Pineault*
                                                Michael J. Pineault