UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MARTIN FOX, )<br>)<br>Defendant )<br>) | Criminal No. 19-10081-IT |

## ASSENTED-TO MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal the Government's sentencing memorandum. Defense counsel assents to this motion.

As grounds for this motion, the Government states that the Government's memorandum concerns issues related to cooperation, certain details of which have not been disclosed publicly. The Government's memorandum also discusses confidential medical information concerning defendant Martin Fox. *See United States v. Kravetz*, 706 F.3d 47, 59, 63 (1st Cir. 2013) (medical information is "universally assumed to be private, not public" (quoting *In re Boston Herald, Inc.*, 321 F.3d 174, 190 (1st Cir. 2003))).

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  November 5, 2020          By:     /s/ Kristen A. Kearney
                                          JUSTIN D. O'CONNELL
                                          LESLIE A. WRIGHT
                                          KRISTEN A. KEARNEY
                                          Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  November 5, 2020                     */s/ Kristen A. Kearney*
                                                                   Kristen A. Kearney