UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10081-IT |
| ) | |
| MARTIN FOX, ) | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| ) | **(Leave to File Granted Nov. 6, 2020)** |
| Defendant ) | |

### GOVERNMENT'S SENTENCING MEMORANDUM ▇▇▇▇▇▇▇

The government respectfully submits this sentencing memorandum ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in connection with the sentencing of defendant Martin Fox.

Fox acted as a middleman between William "Rick" Singer and his Key Worldwide Foundation (KWF), on the one hand, and, on the other, coaches and a test administrator who participated in Singer's scheme to fraudulently inflate students' standardized test scores and to admit them to universities as purported athletic recruits in exchange for bribes. Fox participated in *both* aspects of the scheme: the fraudulent athletic recruitment and college entrance exam cheating. And he engaged in each on multiple occasions: two fraudulent recruitments (and a third that was not ultimately completed), and four tests. Fox's personal profit from the scheme totaled at least $245,000, and he facilitated bribe payments totaling thousands of dollars more.

For his actions, Fox should be sentenced to a meaningful term of imprisonment. ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

████████████████████████████████████████████████████████

████████████████████████████████████████████ the government recommends Fox be incarcerated for 6 months, followed by one year of supervised release, and required to pay a fine of $95,000.  In addition, he should be ordered to forfeit the $245,000 in criminal proceeds that he personally received.

I.      Overview of the Offense Conduct

   A.      Athletic Recruitment

Fox first engaged with Singer and KWF in 2014 in connection with the fraudulent recruitment of a student to the University of Texas at Austin ("U-Texas").  As Singer explained to his clients—the child's parents—Fox had agreed to facilitate the scheme, but he "wants something in return."  Fox, in turn, approached Michael Center, the U-Texas men's tennis coach, and offered him $80,000 to $100,000 to recruit the student to the tennis team, despite that the student did not play tennis competitively.  Fox forwarded the student's transcript, test scores, and application essay to Center.  Singer, via KWF, paid Fox $100,000 for his role in brokering the deal.[1]

The next year, Fox repeated his role as broker/facilitator for the child of another Singer client, thereby facilitating the student's fraudulent recruitment to the University of San Diego ("USD").  Fox acted as a middleman between Singer and the USD men's basketball coach.  Fox told the coach that he would "take care" of the coach in exchange for the coach's agreement to

---

[1] In October 2018, Singer placed a consensually recorded call to Center in which he purported to have another student for Center to recruit.  Two days later, Fox texted Singer, "You didn't think the Texas coach wud [sic] call me?," indicating that he expected to be part of any additional deals.

recruit the student to the men's basketball team. Singer paid Fox $100,000, through KWF, for arranging the deal, and Fox passed a portion of those funds to the coach as a bribe payment.

Fox reached out to the USD men's basketball coach again the following year to propose that he recruit another student as a manager of the team. Fox again facilitated the communications between Singer and the coach. Ultimately, the deal was not consummated because the student elected to attend a different university. Nevertheless, Fox assured the coach that Singer would "take care of him" for his efforts, and Singer ultimately paid the coach $5,000.

B.     College Entrance Exam Cheating

Fox also acted as an intermediary between Singer and Williams, a Houston test center administrator for the SAT and ACT, thereby enabling Singer to facilitate cheating on college entrance exams. By the time of the first fraudulent test in December 2015, Fox had already brokered the athletic recruitment deal at U-Texas and was in the midst of the first deal at USD. As part of the fraud, Fox relayed messages between Singer and Williams and funneled bribe payments to her in exchange for her agreement to allow Riddell to take students' tests, or to correct their answers, while purporting to act as a legitimate proctor. In total, Fox arranged fraudulent tests for four students between December 2015 and October 2016. Singer paid Fox $104,000 for the first exam, and $25,000 each for the second, third, and fourth exams. Fox passed between $5,000 to $10,000 to Williams for each exam.

II.    The Applicable Sentencing Guidelines

The parties have stipulated in the plea agreement, and Probation has found, that Fox's total offense level under the Sentencing Guidelines is 16. That calculation reflects a base offense level of 19 under Section 2E1.1, because Fox was convicted of racketeering conspiracy in violation of

3

18 U.S.C. § 1962(d); and a 3-level decrease pursuant to Section 3E1.1 for acceptance of responsibility. The resulting Guidelines sentencing range is between 21 and 27 months.

### III. Sentencing Recommendation ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[Remainder of section redacted]

███████████████████████████████
██

At the same time, Fox's crime was serious and calls for a meaningful sentence of incarceration. Fox participated in both the athletic recruitment and entrance exam cheating aspects of the scheme on multiple occasions over several years. Indeed, when Singer purported to set up a deal directly with Center in October 2018, Fox made it clear he was unwilling to be left out. He was motivated by greed. And he dealt primarily in cash, making his conduct difficult to detect.

This crime is not Fox's first entanglement with the law. In 2006, he was convicted of felony theft in Texas state court in connection with a ticket selling scheme involving Continental Airlines. While he served the sentence associated with that conduct, it plainly was insufficient to deter him from subsequently conspiring with Singer and others to commit additional fraud. And in consensually recorded calls with Singer, Fox requested that Singer lie to help minimize Fox's exposure during an ongoing IRS audit unrelated to this investigation. Accordingly, a meaningful sentence of incarceration is appropriate in this case to achieve both specific and general deterrence.

While Fox is not an athletic coach, his conduct is most akin to that of Michael Center, the tennis coach who was sentenced to six months in prison for his role in the scheme—although Fox's conduct is significantly more serious than Center's.[2] *See United States v. Center*, No. 19-cr-10116-RGS (D. Mass. Feb. 24, 2020). Center pled guilty to a one count information charging him with conspiracy to commit mail fraud and honest service mail fraud within weeks of his arrest on a complaint, and without having reviewed the government's evidence against him. By contrast, Fox

---

[2] Only one other coach has been sentenced thus far. John Vandemoer, the former Stanford sailing coach, was sentenced to one day in prison, deemed served. *United States v. Vandemoer*, No. 19-cr-10079-RWZ (D. Mass. June 12, 2019). Unlike Center, Vandemoer did not accept any bribe money personally.

did not agree to plead guilty ███████████████████████████████████████ until after he learned that Center was prepared to testify against him. Both Fox and Center personally benefited from their crimes, but while Center pocketed $60,000, Fox received at least $245,000 (excluding amounts he passed on to bribe recipients). While Center participated in only one fraudulent recruitment, and turned down a second opportunity, Fox arranged two fraudulent recruitments, sought to facilitate a third, and indicated that he would not allow himself to be cut out of a fourth. In addition, he facilitated cheating on four college entrance exams. Accordingly, his conduct merits a significantly longer sentence than the six-month sentence imposed on Center. ███

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
██████████████████████████████████████████
         ███████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
█████████████████████████████████     ████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court sentence the defendant to a term of imprisonment of 6 months, followed by one year of supervised release, a fine of $95,000, forfeiture of $245,000, and a $100 special assessment.

                                            Respectfully submitted,

                                            ANDREW E. LELLING
                                            United States Attorney

By:   */s/ Kristen A. Kearney*
       JUSTIN D. O'CONNELL
       LESLIE A. WRIGHT
       KRISTEN A. KEARNEY
       Assistant United States Attorneys

Date: November 6, 2020

## Certificate of Service

I hereby certify that this document was filed under seal with the Clerk of Courts on November 6, 2020, and will be sent via email to counsel of record for Martin Fox and to Senior Probation Officer Martha Victoria.

By:   */s/ Kristen A. Kearney*
       KRISTEN A. KEARNEY
       Assistant United States Attorney