UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 19-CR-10081-IT |
| ) | |
| (7) MARTIN FOX, ) | |
| Defendant. ) | |

**DECLARATION OF CAROL E. HEAD REGARDING SERVICE OF PROCESS**

I, Carol E. Head make the following declaration:

1. I am an Assistant United States Attorney. I represent the United States of America, in this case, which concerns forfeiture of certain properties.

2. I hereby certify that the following individuals/entities have been served a certified copy of the Preliminary Order of Forfeiture (Docket No. 524), issued by the Court on September 24, 2020, pursuant to 21 U.S.C. § 853(n)(1):

   a) Martin Fox, 1918 Nantucket Drive, Apartment A, Houston, TX 77057;

   b) David Gerger, Esquire, 100 Fanin Street, Suite 2450, Houston, TX 77002; and

   c) Bank of America, 201 E. Washington Street, Phoenix, AZ 85004-2428.

Attached as Exhibit A are the USPS Domestic Return Receipts acknowledging service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed this 26th day of April, 2021 in Boston, Massachusetts.

                              Respectfully submitted,

                              NATHANIEL R. MENDELL
                              Acting United States Attorney,

By:   /s/ *Carol E. Head*
        CAROL E. HEAD
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: April 26, 2021         carol.head@usdoj.gov

# EXHIBIT A





# USPS Tracking®

FAQs

**Track Another Package  +**

**Tracking Number:** 70191120000157225971

Remove

Your item has been delivered to an agent for final delivery in BOSTON, MA 02110 on November 18, 2020 at 11:56 am.

## Delivered to Agent for Final Delivery

November 18, 2020 at 11:56 am
BOSTON, MA 02110

Feedback

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**

